IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

FIL__

05 APR 21 PM 5:

ROBERT R. DI___
CLERK, U.S. DI___CT.
W.D. OF TN, MEMPHIS

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) |
| vs. | ) Cr. No. 04-20381-M1/V |
| DARRELL RYAN, | ) |
| Defendant. | ) |

### ORDER

Upon motion of the United States, Counts 2, 3, 4, and 5 are hereby dismissed.

IT IS SO **ORDERED** this ___21___ day of April, 2005.

JON P. McCALLA
United States District Judge

This document entered on the docket sheet in compliance
with Rule 55 and/or 32(b) FRCrP on 4-22-05

(41)

# UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 41 in case 2:04-CR-20381 was distributed by fax, mail, or direct printing on April 22, 2005 to the parties listed.

---

Valeria Rae Oliver
U.S. ATTORNEY'S OFFICE
167 N. Main St.
Ste. 800
Memphis, TN 38103

Sheila D. Brown
LAW OFFICE OF SHEILA D. BROWN
9160 Highway 64
Ste. 12
Lakeland, TN 38002

Honorable Jon McCalla
US DISTRICT COURT